# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: EVERT, DOUGLAS F | § Case No. 10-40971 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Northern District of Illinois
   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 01/26/2012 in Courtroom 250, United States Courthouse, Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/01/2011         By:  JOSEPH R. VOILAND
                                                                   Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: EVERT, DOUGLAS F  § Case No. 10-40971
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 10,000.12 |
| *and approved disbursements of* | $ 50.00 |
| *leaving a balance on hand of* [1] | $ 9,950.12 |
| **Balance on hand:** | $ 9,950.12 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,950.12 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH R. VOILAND | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - JOSEPH R. VOILAND | 87.92 | 0.00 | 87.92 |
| Attorney for Trustee, Fees - Joseph R. Voiland | 1,180.00 | 0.00 | 1,180.00 |
| Attorney for Trustee, Expenses - Joseph R. Voiland | 5.54 | 0.00 | 5.54 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,273.46 |
| Remaining balance: | $ 6,676.66 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 6,676.66 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 6,676.66 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,405.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,652.03 | 0.00 | 723.29 |
| 2 | Commerce Bank | 19,243.62 | 0.00 | 2,092.38 |
| 3 | Chase Bank USA, N.A. | 17,832.28 | 0.00 | 1,938.91 |
| 4 | American Express Centurion Bank | 10,465.09 | 0.00 | 1,137.87 |
| 5 | FIA Card Services, NA/Bank of America | 7,212.46 | 0.00 | 784.21 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 6,676.66 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $        0.00
Remaining balance:  $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $        0.00
Remaining balance:  $        0.00

Prepared By:  /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-40971-MB
Douglas F Evert                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 2          Date Rcvd: Dec 06, 2011
                              Form ID: pdf006         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2011.
db          +Douglas F Evert,    117 Nebraska St,    Geneva, IL 60134-2821
16127806    +American Express,    P O Box 0001,    Los Angeles, CA 90096-8000
16910329     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16127807    +Bank Of American,    P O Box 851001,    Dallas, TX 75285-1001
16127808    +Capital One,    P O Box 6492,   Carol Stream, IL 60197-6492
16127809     Chase,   P O Box 15153,    Washington, DE 19886
16796979     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16127810    +Commerce Bank,    P O Box 806000,   Kansas City, MO 64180-6000
16127812    +Law Office Michael Roe, PC,    100 Illionis Street, Ste. 200,    St. Charles, IL 60174-1867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16761942     E-mail/Text: bankruptcy@commercebank.com Dec 07 2011 03:49:28     Commerce Bank,   P O BOX 419248,
              KCREC-10,    Kansas City, MO 64141-6248
16127811    +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 07 2011 06:02:22     Discover,   P O Box 6103,
              Carol Stream, IL 60197-6103
16722783     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 07 2011 06:02:22     Discover Bank,
              Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
17171133     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 07 2011 06:00:27
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2011**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                  Date Rcvd: Dec 06, 2011
                              Form ID: pdf006              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2011 at the address(es) listed below:

        David H Cutler    on behalf of Debtor Douglas Evert david@cutlerltd.com
        David L Freidberg    on behalf of Plaintiff  American Express Centurion Bank
         dfreidberg@freidberglaw.com
        Joseph  Voiland    jrvoiland@sbcglobal.net, IL43@ecfcbis.com
        Joseph R Voiland    on behalf of Plaintiff Trustee Joseph Voiland jrvoiland@sbcglobal.net
        Lisa M Nyuli    on behalf of Defendant Kelly Evert lmn@attorneys-illinois.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 6