**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: EVERT, DOUGLAS F | § Case No. 10-40971 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $175,600.00<br>*(without deducting any secured claims)* | Assets Exempt: $175,600.00 |
| Total Distribution to Claimants: $6,676.87 | Claims Discharged<br>Without Payment: $54,728.61 |
| Total Expenses of Administration: $3,323.46 | |

3) Total gross receipts of $ 10,000.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.33 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,323.46 | 3,323.46 | 3,323.46 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 61,405.48 | 61,405.48 | 6,676.87 |
| **TOTAL DISBURSEMENTS** | $0.00 | $64,728.94 | $64,728.94 | $10,000.33 |

4) This case was originally filed under Chapter 7 on September 13, 2010. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2012        By: /s/JOSEPH R. VOILAND
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| fraudulent transfer claim - Kelly Evert | 1241-000 | 10,000.00 |
| Interest Income | 1270-000 | 0.33 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 87.92 | 87.92 | 87.92 |
| Clerk of the Bankruptcy Court, ND, IL | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Joseph R. Voiland | 3110-000 | N/A | 1,180.00 | 1,180.00 | 1,180.00 |
| Joseph R. Voiland | 3120-000 | N/A | 5.54 | 5.54 | 5.54 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | 3,323.46 | 3,323.46 | 3,323.46 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 6,652.03 | 6,652.03 | 723.30 |
| 2 | Commerce Bank | 7100-000 | N/A | 19,243.62 | 19,243.62 | 2,092.44 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 17,832.28 | 17,832.28 | 1,938.98 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 10,465.09 | 10,465.09 | 1,137.91 |
| 5 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 7,212.46 | 7,212.46 | 784.24 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 61,405.48 | 61,405.48 | 6,676.87 |

UST Form 101-7-TDR (10/1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 10-40971  
Case Name: EVERT, DOUGLAS F  
Period Ending: 03/10/12

Trustee:    (330380)    JOSEPH R. VOILAND  
Filed (f) or Converted (c):    09/13/10 (f)  
§341(a) Meeting Date:    10/18/10  
Claims Bar Date:    04/25/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking acct. - Harris Bank | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | household goods | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Golf clubs | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Pension plan | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 401K | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2001 Nissan Maxima | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | fraudulent transfer claim - Kelly Evert (u) | 0.00 | 75,000.00 | | 10,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.33 | FA |
| 9 | Assets    Totals (Excluding unknown values) | $175,600.00 | $75,000.00 | | $10,000.33 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    November 15, 2011        Current Projected Date Of Final Report (TFR):    December 3, 2011  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-40971 | | Trustee: | JOSEPH R. VOILAND (330380) |
| --- | --- | --- | --- | --- |
| Case Name: | EVERT, DOUGLAS F | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******58-65 - Money Market Account |
| Taxpayer ID #: | **-***7927 | | Blanket Bond: | $50,000,000.00 (per case limit) |
| Period Ending: | 03/10/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/08/11 | {8} | Kelly A. Evert | settlement proceeds per 8/11/2011 court order | 1241-000 | 10,000.00 | | 10,000.00 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 10,000.04 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,975.04 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,975.12 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,950.12 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,950.20 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,950.28 |
| 01/23/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 9,950.33 |
| 01/23/12 | | To Account #9200******5866 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 9,950.33 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,000.33 | 10,000.33 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,950.33 | |
| | | | **Subtotal** | | 10,000.33 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.33** | **$50.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 03/10/2012 08:07 AM　　V.12.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-40971 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | EVERT, DOUGLAS F | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******58-66 - Checking Account |
| Taxpayer ID #: | **-***7927 | | Blanket Bond: | $50,000,000.00 (per case limit) |
| Period Ending: | 03/10/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/12 | | From Account #9200******5865 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 9,950.33 | | 9,950.33 |
| 01/23/12 | 101 | Joseph R. Voiland | Dividend paid 100.00% on $1,180.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,180.00 | 8,770.33 |
| 01/23/12 | 102 | Joseph R. Voiland | Dividend paid 100.00% on $5.54, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 5.54 | 8,764.79 |
| 01/23/12 | 103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,750.00, Trustee Compensation; Reference: | 2100-000 | | 1,750.00 | 7,014.79 |
| 01/23/12 | 104 | JOSEPH R. VOILAND | Dividend paid 100.00% on $87.92, Trustee Expenses; Reference: | 2200-000 | | 87.92 | 6,926.87 |
| 01/23/12 | 105 | Clerk of the Bankruptcy Court, ND, IL | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 6,676.87 |
| 01/23/12 | 106 | Discover Bank | Dividend paid 10.87% on $6,652.03; Claim# 1; Final distribution | 7100-000 | | 723.30 | 5,953.57 |
| 01/23/12 | 107 | Commerce Bank | Dividend paid 10.87% on $19,243.62; Claim# 2; Final distribution | 7100-000 | | 2,092.44 | 3,861.13 |
| 01/23/12 | 108 | Chase Bank USA, N.A. | Dividend paid 10.87% on $17,832.28; Claim# 3; Final distribution | 7100-000 | | 1,938.98 | 1,922.15 |
| 01/23/12 | 109 | American Express Centurion Bank | Dividend paid 10.87% on $10,465.09; Claim# 4; Final distribution | 7100-000 | | 1,137.91 | 784.24 |
| 01/23/12 | 110 | FIA Card Services, NA/Bank of America | Dividend paid 10.87% on $7,212.46; Claim# 5; Final distribution | 7100-000 | | 784.24 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 9,950.33 | 9,950.33 | $0.00 |
| Less: Bank Transfers | | 9,950.33 | 0.00 | |
| Subtotal | | 0.00 | 9,950.33 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $9,950.33 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******58-65 | 10,000.33 | 50.00 | 0.00 |
| Checking # 9200-******58-66 | 0.00 | 9,950.33 | 0.00 |
| | $10,000.33 | $10,000.33 | $0.00 |

{} Asset reference(s)

Printed: 03/10/2012 08:07 AM   V.12.54