UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:  §
        §
EVERT, DOUGLAS F    §    Case No. 10-40971
        §
        Debtor(s)    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| CLERK OF THE BANKRUPTCY COURT, ND, | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 3 | CHASE BANK USA, N.A. | | | | | |
| 2 | COMMERCE BANK | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-40971 RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | EVERT, DOUGLAS F | | Date Filed (f) or Converted (c): | 09/13/10 (f) |
| | | | 341(a) Meeting Date: | 10/18/10 |
| For Period Ending: | 07/03/12 | | Claims Bar Date: | 04/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking acct. - Harris Bank | 2,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. household goods | 400.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Golf clubs | 200.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Pension plan | 20,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. 401K | 150,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 2001 Nissan Maxima | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. fraudulent transfer claim - Kelly Evert (u) | 0.00 | 75,000.00 | | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.34 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $175,600.00   $75,000.00   $10,000.34   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/15/11   Current Projected Date of Final Report (TFR): 11/15/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-40971 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | EVERT, DOUGLAS F | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******5865  Money Market Account |
| Taxpayer ID No: | *******7927 | | |
| For Period Ending: | 07/03/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/08/11 | 8 | Kelly A. Evert | settlement proceeds per 8/11/2011 court order DEPOSIT CHECK #141 | 1241-000 | 10,000.00 | | 10,000.00 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 10,000.04 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,975.04 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,975.12 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,950.12 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,950.20 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,950.28 |
| 01/23/12 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 9,950.34 |
| 01/23/12 | | Transfer to Acct #*******5866 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 9,950.33 | 0.01 |
| 01/24/12 | | The Bank of New York Mellon | | 9999-000 | | 0.01 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,000.34 | 10,000.34 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 9,950.33 | |
| Subtotal | 10,000.34 | 50.01 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,000.34 | 50.01 | |

Page Subtotals    10,000.34    10,000.34

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 10-40971 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | EVERT, DOUGLAS F | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******5866 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7927 | | |
| For Period Ending: | 07/03/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/23/12 | | Transfer from Acct #*******5865 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 9,950.33 | | 9,950.33 |
| 01/23/12 | 000101 | Joseph R. Voiland | Dividend paid 100.00% on $1,180.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,180.00 | 8,770.33 |
| 01/23/12 | 000102 | Joseph R. Voiland | Dividend paid 100.00% on $5.54 Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 5.54 | 8,764.79 |
| 01/23/12 | 000103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,750.00 Trustee Compensation; Reference: | 2100-000 | | 1,750.00 | 7,014.79 |
| 01/23/12 | 000104 | JOSEPH R. VOILAND | Dividend paid 100.00% on $87.92 Trustee Expenses; Reference: | 2200-000 | | 87.92 | 6,926.87 |
| 01/23/12 | 000105 | Clerk of the Bankruptcy Court, ND, IL | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 6,676.87 |
| 01/23/12 | 000106 | Discover Bank | Dividend paid 10.87% on $6,652.03; Claim# 1; Final distribution | 7100-000 | | 723.30 | 5,953.57 |
| 01/23/12 | 000107 | Commerce Bank | Dividend paid 10.87% on $19,243.62; Claim# 2; Final distribution | 7100-000 | | 2,092.44 | 3,861.13 |
| 01/23/12 | 000108 | Chase Bank USA, N.A. | Dividend paid 10.87% on $17,832.28; Claim# 3; Final distribution | 7100-000 | | 1,938.98 | 1,922.15 |
| 01/23/12 | 000109 | American Express Centurion Bank | Dividend paid 10.87% on $10,465.09; Claim# 4; Final distribution | 7100-000 | | 1,137.91 | 784.24 |
| 01/23/12 | 000110 | FIA Card Services, NA/Bank of America | Dividend paid 10.87% on $7,212.46; Claim# 5; Final distributiom | 7100-000 | | 784.24 | 0.00 |

Page Subtotals     9,950.33     9,950.33

Ver: 16.05c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

| Case No: | 10-40971 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | EVERT, DOUGLAS F | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5866  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7927 | | | |
| For Period Ending: | 07/03/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | COLUMN TOTALS | 9,950.33 | 9,950.33 | 0.00 |
|  | Less: Bank Transfers/CD's | 9,950.33 | 0.00 | |
|  | Subtotal | 0.00 | 9,950.33 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 9,950.33 | |

Page Subtotals       0.00       0.00

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| | |
|---|---|
| Case No: | 10-40971 -RG |
| Case Name: | EVERT, DOUGLAS F |
| Taxpayer ID No: | *******7927 |
| For Period Ending: | 07/03/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4398  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********5865 | 10,000.34 | 50.01 | 0.00 |
| Checking Account (Non-Interest Earn - ********5866 | 0.00 | 9,950.33 | 0.00 |
| Checking Account - ********4398 | 0.00 | 0.00 | 0.00 |
| | 10,000.34 | 10,000.34 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*